UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **GRYPHON'S NEST GIFTS INC.** | * | CIVIL ACTION NO. 08-001 |
| | * | SECTION: |
| **VERSUS** | * | |
| | * | JUDGE: JAMES J. BRADY |
| **PARISH OF LIVINGSTON** | * | |
| | * | MAGISTRATE JUDGE: |
| | * | STEPHEN C. RIEDLINGER |

*************************************************************************

## JUDGMENT

Considering the *Motion for Summary Judgment* filed by the defendant, the Parish of Livingston, and the *Motion for Partial Summary Judgment* filed by plaintiff, Gryphon's Nest Gifts, Inc., the law, the evidence and arguments of counsel,

**IT IS ORDERED, ADJUDGED AND DECREED** that the plaintiff, Gryphon's Nest Gifts, Inc., has standing and the matters sued upon are ripe.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that the Livingston Parish Ordinance 07-17, Section 11-9, which prohibits soothsaying, fortune telling, palm reading, clairvoyance, crystal ball gazing, mind reading, card reading and the like for consideration, is unconsitutional and unconstitutionally vague.

**IT IS FURTHERED ORDERED, ADJUDGED AND DECREED** that this judgment is a final judgment on the claims of standing, ripeness, and constitutionality of Livingston Parish

Ordinance 07-17, Section 11-9 because there is no just reason for delay.

Signed at Baton Rouge, Louisiana this 17th day of October, 2008.

_____
DISTRICT JUDGE
JAMES J. BRADY